JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lario Javier Avila, | Case No. **CV 09-7440-JFW** |
| Petitioner, | (CR 04-1667-JFW) |
| v. | **JUDGMENT** |
| United States of America, | |
| Respondent. | |

Pursuant to this Court's August 26, 2011 Order denying Petitioner Lario Javier Avila's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

If Petitioner gives timely notice of an appeal from this Order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will not issue because Petitioner has failed to make a substantial showing of the denial of a constitutional right. *Miller-El v.*

1 | *Cockrell*, 537 F.3d 322 (9th Cir. 2003); *Williams v. Woodford*,
2 | 384 F.3d 567 (9th Cir. 2004).
3 |
4 |
5 | Dated: August 26, 2011            _____
6 |                                             JOHN F. WALTER
  |                                      UNITED STATES DISTRICT JUDGE