JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lario Javier Avila,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>United States of America,<br><br>　　　　　Respondent. | Case No. **CV 09-7440-JFW**<br>　　　　　(CR 04-1667-JFW)<br><br>**JUDGMENT** |

　　　Pursuant to this Court's August 26, 2011 Order denying Petitioner Lario Javier Avila's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody,

　　　IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

　　　If Petitioner gives timely notice of an appeal from this Order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will not issue because Petitioner has failed to make a substantial showing of the denial of a constitutional right. *Miller-El v.*

*Cockrell*, 537 F.3d 322 (9th Cir. 2003); *Williams v. Woodford*, 384 F.3d 567 (9th Cir. 2004).

Dated: August 26, 2011      _____
                                JOHN F. WALTER
                            UNITED STATES DISTRICT JUDGE

2